UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                              :
DONNA HEDGES,                                 :
                          Plaintiff,          :          23 Civ. 5224 (LGS)
                                              :
            -against-                         :              ORDER
                                              :
ABLETON, INC.,                                :
                          Defendant.          :
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an order issued June 26, 2023, set an initial pretrial conference in this case

for August 9, 2023.  That order required the parties to file a joint status letter and proposed case

management plan by August 2, 2023.

      WHEREAS, no such materials were filed.

      WHEREAS, on July 14, 2023, Defendant appeared in this case.  It is hereby

      **ORDERED** that the parties shall file the joint status letter and proposed case management

plan described in the June 26, 2023, order as soon as possible and no later than **August 4, 2023**.

Dated: August 3, 2023
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE